UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANIQUE PEREZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 25-3930 (UNA) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM OPINION**

This matter is before the Court on Shanique Perez's Petition to Enforce Rights under the Crime Victims' Rights Act, 28 U.S.C. § 3771(a) – (d)(1) (ECF No. 1, "Pet."). Petitioner states she "is a victim of multiple federal criminal offenses," *id*. at 1, who "repeatedly sought protection, access, and participation in federal matters directly affecting her safety and the safety of her minor children," *id*. She alleges that the U.S. Department of Justice "has failed to acknowledge or protect [her] rights," *id*., and she files this petition to "invoke[] her rights," *id*. at 2, under the Crime Victims' Rights Act, *see* 18 U.S.C. § 3771.

The Court dismisses the petition because courts have found that there is no private right of action under the Crime Victims' Rights Act. *See In re Wild*, 994 F.3d 1244, 1257 (11th Cir. 2021) (en banc) (hold[ing] that 18 U.S.C. § 3771(d) "does not create a private right of action by which a victim can initiate a freestanding lawsuit, wholly unconnected to any preexisting criminal prosecution and untethered to any proceeding that came before it"); *Munsif v. Barr*, 797 F. App'x 658, 660 (2d Cir. 2020) ("Although the Crime Victims' Rights Act . . . requires the Government to make reasonable efforts to notify crime victims of proceedings and of their right to restitution, it does not authorize a private right of action for damages against the Government

1

for failing to meet its obligations under the act.") (citation omitted); *Bonds v. Virginia*, No. 7:21-cv-00363, 2021 WL 2827301, at *3 (W.D. Va. July 7, 2021) ("[A]lthough the CVRA provides a mechanism for a crime victim to assert his rights . . . , it does not authorize any cause of action for damages."), *aff'd*, No. 21-7146, 2021 WL 6067259 (4th Cir. Dec. 20, 2021); *Stephens v. United Parcel Serv., Inc.*, No. 3:23-cv-06081-JSC, 2024 WL 1974548, at *4 (N.D. Cal. May 3, 2024) (dismissing claims under the Crime Victims' Rights Act, 18 U.S.C. § 3771, because it does not "provide a private right of action").

An Order is issued separately.

DATE: December 5, 2025            ANA C. REYES
                                   United States District Judge